1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD HERNANDEZ,                    No.  2:14-cv-0403 CKD P

12               Plaintiff,

13        v.                                ORDER

14   SACRAMENTO COUNTY SHERIFF'S
     DEPARTMENT, et al.,
15
                 Defendants.
16

17

18         Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

20   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

21   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

22   certified copy of his prison trust account statement for the six month period immediately

23   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

24   opportunity to submit a completed in forma pauperis application and a certified copy in support of

25   his application.

26   /////

27   /////

28   /////

                                    1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

3  affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

4  of Court;

5    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

6  Forma Pauperis By a Prisoner; and

7    3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

8  his prison trust account statement for the six month period immediately preceding the filing of the

9  complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this

10  action be dismissed without prejudice.

11  Dated:  February 13, 2014

12    CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

13

14

15

16  2/mp
   hern0403.3c+new

17

18

19

20

21

22

23

24

25

26

27

28

2