UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFFS DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-0403 CKD P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a county jail inmate proceeding pro se with this civil rights action.  By an order filed February 13, 2014, plaintiff was ordered to file a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account statement; he was cautioned that failure to do so would result in dismissal of this action.  The thirty day period has now expired, and plaintiff has not filed a completed in forma pauperis application.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to this action.

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 21, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /hern0403.fifp_fr